■ In the Matter of UNITED LUBAVITCHER YESHIVOTH, Petitioner, v MICHAEL H. FEINBERG et al., Respondents. [747 NYS2d 796]

Motion by the respondent Michael H. Feinberg to dismiss the proceeding on the ground that this Court does not have jurisdiction over a proceeding pursuant to CPLR article 78 against a surrogate.

Ordered that the motion is granted; and it is further,

Adjudged that the petition is denied and the proceeding is dismissed, without costs or disbursements.

This proceeding should have been brought in the Supreme Court (*see* CPLR 7804; 506 [b]). Prudenti, P.J., Feuerstein, Mastro and Rivera, JJ., concur.